# COMPLAINT

**(for non-prisoner filers without lawyers)**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAR -5 P 1:01

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

Victoria C Tharp

2710 North 80th Street

Milwaukee, Wisconsin 53222

v.

(Full name of defendant(s))

Froedtert Hospital of Wisconsin(Thedacare Health Inc.)

1155 North Mayfair Road

Wauwatosa, Wisconsin 53226

Case Number **26-C -358**

(to be supplied by Clerk of Court)

---

A.  PARTIES

1.  Plaintiff is a citizen of __WISCONSIN__ and resides at
    (State)

    __2710 North 80th Street, Milwaukee, Wisconsin 53222__
    (Address)

    (If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant __Froedtert ThedaCare Health, Inc (Froedtert Hospital of Wisconsin)__
    (Name)

Complaint – 1

is (if a person or private corporation) a citizen of **Wisconsin**

(State, if known)

and (if a person) resides at 1155 North Mayfair Road, Wauwatosa, Wisconsin 53226

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Froedtert Hospital of Wisconsin 9200 West Wisconsin Avenue, Milwaukee, Wisconsin 53226

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

The mentioned below individuals has consistently infringed upon my rights through a

troubling pattern of behavior marked by discrimination, retaliation, and a calculated

effort to tarnish my reputation. These insidious acts have resulted in profound emotional

turmoil, manifesting as heightened anxiety and significant disruptions in my daily life. the

impact of their actions has been severe, leading to an escalation of mental health

challenges that have made it increasingly difficult to navigate personal and professional

relationships. The individuals involved are Georgette Yaresh, Courtney Vermillion, and

Brittany Schultz.  Brittany Schultz was unfriendly towards me.  She Continuously

undermined me by making racially charged remarks, throwing objects at me, such as

papers, staplers, and forms. She also removed my belongings from our shared office

Complaint – 2

and made it clear that I was not welcomed to work alongside her since I obtained the

position she wanted. Courtney Vermillion threatened me, many times claiming she

would confront me in the parking lot. She boasted about my incompetence in front of

others and consistently refused to provide the support I needed, leaving me feeling

isolated and undermined. I filed a workers' compensation claim due to the anxiety I was

experiencing and she began directing her anger at me, Oscillating between silence and

harsh outburst, some moments not communicating at all but would lash out verbally

even going as far as stating I should not be allowed to work for making the claim.

Georgette Yaresh did not take the time to understand my situation, instead relying on

hearsay to judge me. Despite my reports about derogatory comments made against me

she ignored my safety and allowed a toxic environment to persist. Her inaction fostered

discrimination and retaliation, which in turn enabled demeaning language, overlooking it

I began experiencing discrimination and difficulties with my colleagues the second week

of my employment, which started October 7 2024. I promptly reported the issues,

hoping for a resolution, but unfortunately, my concerns were dismissed and

unaddressed.  This all took place at the Water Plank Road location for Froedtert

located at 1155 North Mayfair Road in Wauwatosa Wisconsin 53225 First floor Family

Medicine department.  I can not explain the reason behind the situation, but I can share

i was proud to return to Froedtert but that all shifted dramatically due to the challenges

and suffering I experienced along the way.

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.    RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I respectfully request that the court grant me a monetary award in the amount of

$900,000 due to significant suffering caused by several factors. I have endured

intentional emotional distress and negligent infliction of emotional distress, both of

which have had a profound impact on my mental and emotional well-being

additionally, I was unjustly denied workers compensation after reporting psychological

injuries directly related to my employment. The denial not only exacerbated my distress

but also constitutes a violation of my civil rights. Lastly the Wisconsin Health Care Work

Protection Act, Outlined in statute 146.997 is designed to safeguard the rights and

well-being of health care professionals across the state, insuring healthcare workers

can perform their duties without fear of discrimination or retaliation promoting a safe

environment for patients and employees alike. I believe these circumstance warrant the

compensation I am seeking.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES          ◼ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____5th____ day of ___March___ 20 ~~300~~ 26.

Respectfully Submitted,

_Valerie C. _____ (signature)_

Signature of Plaintiff

414-408-2699

Plaintiff's Telephone Number

vtharp73@gmail.com

Plaintiff's Email Address

2710 North 80th street

Milwaukee, Wisconsin 53222

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

◼    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.