UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

VICTORIA C. THARP,

Plaintiff,

v.

Case No. 26-cv-358-pp

FROEDTERT HOSPITAL OF WISCONSIN,
(THEDACARE HEALTH, INC.),

Defendant.

---

**ORDER GRANTING MOTION FOR LEAVE TO APPEAL WITHOUT PREPAYING FILING FEE (DKT. NO. 11)**

---

On June 26, 2026, plaintiff Victoria Tharp, who is representing herself, filed a notice of interlocutory appeal from the court's June 23, 2026 screening order. Dkt. Nos. 6, 8. That same day, the plaintiff filed a motion asking for leave to appeal without prepaying the filing fee. Dkt. No. 11. The plaintiff previously had asked for leave to file her lawsuit without prepaying the filing fee and the court granted that request. Dkt. No. 6 at 1-2. The court will grant the plaintiff's motion for leave to proceed with her interlocutory appeal without prepaying the filing fee.

Under 28 U.S.C. §1915(a)(1), a court may authorize an appeal without prepayment of fees. To qualify, a plaintiff must fully disclose her financial condition, and must do so truthfully under penalty of perjury. See id. (requiring the person seeking to proceed without prepayment to submit "an affidavit that includes a statement of all assets [they] possess[]").

The plaintiff prepared her motion using the court's required form. The plaintiff states that she is employed with Aurora Health Care and that her

average employment income during the past twelve months is $1,200 per month. Dkt. No. 11 at 2. The plaintiff says that she has $2,511 in monthly expenses, including rent, utilities, medical and dental expenses and other household expenses. Id. at 5. The plaintiff also states that her employer is not assigning her any hours and that she is attending school full-time to become a nurse. Id. at 6.

The court finds that the plaintiff does not have the ability to prepay the appellate filing fee and will grant her motion for leave to proceed without doing so. The court advises the plaintiff, however, that she still is responsible for paying the filing fee over time. Robbins v. Switzer, 104 F.3d 895, 898 (7th Cir. 1997). When a court grants a motion allowing a plaintiff to proceed without prepaying the filing fee, it means only that the person does not have to pre-pay the full filing fee up front; the plaintiff still owes the filing fee. See Rosas v. Roman Catholic Archdiocese of Chi., 748 F. App'x 64, 65 (7th Cir. 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' but not without ever paying fees.") (emphasis in original)). The plaintiff must pay the filing fee over time, as she is able.

The court **GRANTS** the plaintiff's motion for leave to proceed without prepaying the filing fee. Dkt. No. 11.

Dated in Milwaukee, Wisconsin this 3rd day of August, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**